IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
Philadelphia Division

| | |
|---|---|
| IDELL DEARRY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 2:21-cv-02548 (MAK) |
| ) | |
| SOAREN MANAGEMENT, LLC, *et al.* ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF JOSHUA BICKERSTAFF

I, Joshua Bickerstaff, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am over 18 years old and am competent to make this Declaration.

2. I have personal knowledge of the facts stated in this Declaration, and I could and would competently testify to them in a court of law.

3. I am a resident of the State of Arizona.

4. I do not own property in Pennsylvania.

5. I do not regularly travel to Pennsylvania and was last there in 2016.

6. I was the chief operating officer of Soaren Management, LLC ("Soaren"), a Delaware limited liability company whose principal place of business was located in Phoenix, Arizona.

7. Unless travelling for business, I performed my work for Soaren in Arizona.

8. I have not personally met, contacted, spoken with, or had any interactions of any kind with the named Plaintiffs in the above captioned matter: Idell Dearry and Penny Green.

[Signature on the Following Page]

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury under the laws of the United States that the foregoing statements are true and correct to the best of my personal knowledge.

Executed on September 24, 2021.

_____
Joshua Bickerstaff