IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IDELL DEARRY**, *et al.*, | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Civil Action No. 2:21-cv-02548 (MAK) |
| | ) |
| **KRAKEN HOLDINGS, LLC,** *et al.* | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**NOTICE OF WITHDRAWAL OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION PURSUANT TO FED. R. CIV. P. 12(b)(2)**

Defendants, Kraken Holdings, LLC ("Kraken"), Andrew Dunn ("Dunn"), and Joshua Bickerstaff ("Bickerstaff") (collectively "Defendants"), hereby withdraw their Motion to Dismiss the Amended Complaint solely as it pertains to the lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) (Dkt. No. 36 at 2-3).

Defendants submit that this withdrawal is not related the merits of their jurisdictional arguments. Rather, the withdrawal is necessary to avoid the prejudice associated with having to incur the substantial time and expense of responding to the voluminous and detailed discovery propounded by Plaintiffs pursuant to this Court's Order, dated November 22, 2021 (Dkt. No. 48). Plaintiffs' discovery improperly seeks information and documents related to the merits of Plaintiffs' claims against Defendants and does so on an expedited basis and prior to the adjudication of Defendants' pending Motion to Dismiss Plaintiffs' Amended Complaint under Fed. R. Civ. P. 12(b)(6) (Dkt. No. 36 at 3-5). To avoid the expense of the discovery and what would undoubtedly be further motion practice because of Plaintiffs' overly broad jurisdictional discovery, Defendants' Motion to Dismiss the Amended Complaint for lack of personal jurisdiction under Fed. R. Civ. P. 12(b)(2) is withdrawn.

- 2 -

Dated:  December 1, 2021                    *s/ Justin G. Weber*
Christopher W. Wasson (PA 63551)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
3000 Two Logan Square
18th and Arch Streets
Philadelphia, PA  19103
215.981.4000
Christopher.Wasson@troutman.com

Justin G. Weber (PA 89266)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
100 Market Street, Suite 200
Harrisburg, PA  17101
717.255.1155
Justin.Weber@troutman.com

David N. Anthony (Admitted PHV)
Michael E. Lacy (Admitted PHV)
TROUTMAN PEPPER
HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, VA  23219
804-697-1200
David.Anthony@troutman.com
Michael.Lacy@troutman.com

## **CERTIFICATE OF SERVICE**

I, Justin G. Weber, hereby certify that on December 1, 2021, the foregoing document was filed through the Court's Electronic Case Filing (ECF) system, and thereby served on all parties of record registered with the ECF system.

*s/ Justin G. Weber*
Justin G. Weber
