**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IDELL DEARRY,** *et al.* | **:  CIVIL ACTION** |
| | **:** |
| **v.** | **:  NO.  21-2548** |
| | **:** |
| **SOAREN MANAGEMENT, LLC,** *et al.* | **:** |

# ORDER

**AND NOW**, this 14th day of February 2022, it having been reported the above captioned matter is settled, it is **ORDERED**:

1. This action is **DISMISSED with prejudice** under Local Rule of Civil Procedure 41.1(b);[1]

2. Defendant Factortrust's Motion to dismiss (ECF Doc. No. 35) is **DENIED as moot**;

3. We **cancel** the February 15, 2022 telephone conference; and,

4. The Clerk of Court shall mark this matter **CLOSED.**

*[signature]*
**KEARNEY, J.**

---

[1] Local Rule 41.1(b) provides:

> [a]ny such order of dismissal may be vacated, modified, or stricken from the record, for cause shown, upon the application of any party served within ninety (90) days of the entry of such order of dismissal, provided the application of the ninety-day time limitation is consistent with Federal Rule of Civil Procedure 60(c).